71,706-06

Cause No. 2004-405,843-F

EX PARTE

Edward Lee Martinez

IN THE 137th DISTRICT COURT

OF

LUBBOCK COUNTY, TEXAS

RECEIVED COURT OF CRIMINAL AP... JAN 2... Abel Acosta, Clerk

APPLICANT'S <u>OBJECTION</u> TO FINDINGS OF FACT, CON-CLUSIONS OF LAW. AND RECOMMENDATIONS TO THE COURT OF CRIMINAL APPEALS ON <u>APPLICANT'S ART. 11.073 AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS. T.C.C.P, ARTICLE 11.073.</u>

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Applicant would "<u>object</u>" to the convicting court and state's allegation that he has not met the subsequent writ require-ments of TEX. CODE CRIM. PROC. ANN. art. 11.07 § 4(a). Applicant has met such requirement. Applicant would as well "<u>object</u>" to convicting court and the State's attempt to classify Appli-cant's <u>Amended Application for a Writ of Habeas Corpus</u> as a subsequent writ. <u>This writ is filed pursuant to Tex Code Crim. Proc. ann. art. 11.073</u>, and NOT art. 11.07.

Said claims - could not - have been raised in the initial application because the National Academy of Sciences just released its findings-report on or about October 2014.

Applicant prays that the Court of Criminal Appeals grant Applicants writ and grounds for relief because he has met all requirements.

Dated: January 13, 2015

Respectfully Submitted,
Edward Lee Martinez

<u>CERTIFICATE OF SERVICES</u>

A true and correct copy of Applicant's Objection(s) has been mailed to District Attorney, District Clerk of Lubbock Co Texas on this 14th day of January 2015.

RECEIVED IN COURT OF CRIMINAL APPEALS

Date: January 13, 2015.

FEB 11 2015

Edward Lee Martinez

Abel Acosta, Clerk